## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Donovan Dejuan Brown,

                  Plaintiff,

v.

Steve Hammer; Lt. Bob Plumm; Coral
Krippner; Richard Neururer; Jason Miller;
Mary Stahl-Swanson; Connie Hartwig; Lara
Jensen; Cherl Cole; John Agrimson; Michelle
Smith; Theresa Wohlhaefer; Jeff Dansky;
Karin McCarthy; and Pete Orput,

                  Defendants.

Civil No. 16-cv-0366 (SRN/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  No objections have been filed to

the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the

files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.      The Report and Recommendation is **ADOPTED**;

2.      This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to
28 U.S.C. § 1915A.

3.      Plaintiff Donovan Dejuan Brown's applications to proceed *in forma
pauperis* [Doc. Nos. 2, 11] are **DENIED**.

4.      Brown's Motion for a Temporary Restraining Order and Preliminary
Injunction [Doc. No. 3] is **DENIED**.

5.     Brown's Motion for Appointment of Counsel [Doc. No. 5] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  August 4, 2016                      s/Susan Richard Nelson
                                          SUSAN RICHARD NELSON
                                          United States District Judge